**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8

9  DAREN HEATHERLY,                      No. C-11-04125 DMR

10          Plaintiff(s),              **ORDER SETTING INITIAL CASE
                                       MANAGEMENT CONFERENCE**
11      v.

12  QUEEN MALIKA,

13          Defendant(s).
   _____/
14

15      TO ALL PARTIES AND COUNSEL OF RECORD:

16      The Initial Case Management Conference is set for **February 27, 2013 at 1:30 p.m.**,

17  Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Case

18  Management Statement is due no later than **February 20, 2013.**

19

20      IT IS SO ORDERED.

21

22  Dated:  February 5, 2013

23      _____
        DONNA M. RYU
24      United States Magistrate Judge

25

26

27

28