**United States District Court**
For the Northern District of California

1
2
3
4
5
6          UNITED STATES DISTRICT COURT
7          NORTHERN DISTRICT OF CALIFORNIA
8
9    DAREN HEATHERLY,                    No. C-11-04125 DMR
10              Plaintiff(s),        **ORDER SETTING INITIAL CASE**
                                     **MANAGEMENT CONFERENCE**
11        v.
12   QUEEN MALIKA,
13              Defendant(s).
     _____/
14
15        TO ALL PARTIES AND COUNSEL OF RECORD:
16        The Initial Case Management Conference is set for **February 27, 2013 at 1:30 p.m.**,
17   Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Case
18   Management Statement is due no later than **February 20, 2013.**
19
20        IT IS SO ORDERED.
21
22   Dated:  February 5, 2013
23        _____
24        DONNA M. RYU
          United States Magistrate Judge
25
26
27
28