UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY,<br><br>        Plaintiff(s),<br><br>v.<br><br>QUEEN MALIKA,<br><br>        Defendant(s).<br>_____/ | No. C-11-04125 DMR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference previously scheduled for June 26, 2013 has been CONTINUED to **September 25, 2013 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **September 18, 2013.**

IT IS SO ORDERED.

Dated: June 25, 2013

_____
DONNA M. RYU
United States Magistrate Judge