United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAREN HEATHERLY,

        Plaintiff(s),

    v.

QUEEN MALIKA,

        Defendant(s).

_____/

No. C-11-04125 DMR

**ORDER CONTINUING CASE
MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

      The Case Management Conference previously scheduled for June 26, 2013 has been

CONTINUED to **September 25, 2013 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court,

1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than

**September 18, 2013.**

      IT IS SO ORDERED.

Dated:  June 25, 2013

                                  _____
                                  DONNA M. RYU
                                  United States Magistrate Judge